**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| PEDRO MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:19-CV-151 |
| | § | |
| SONIC AUTOMOTIVE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pending before the court is the parties' agreed Motion to Stay Proceedings or, Alternatively, Dismiss Causes of Action Pending Arbitration (#8).

The court finds that the motion (#8) should be GRANTED.  It is ORDERED that this case is dismissed without prejudice.

SIGNED at Beaumont, Texas, this 12th day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE